# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFFORD FAKE, | : | Civil No. 3:14-cv-700 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| DAVID W. PITKINS, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 29th day of September, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED** as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. Petitioner's request for an evidentiary hearing is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge